military judge and instead has vacated the ruling at the court-martial and remanded the case to the military judge. There is, at present, no extant ruling which excludes evidence, and if the ruling below is effectuated, the judgment of the Court of Criminal Appeals would resume, not terminate, the proceedings. Additionally, the granted assigned issues are without merit in view of our holding in *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017). Accordingly, it is ordered that the order granting the petition for grant of review is hereby vacated and the case is returned to the Judge Advocate General of the Air Force for execution of the remand and further consideration ordered by the Court of Criminal Appeals in accordance with *United States v. Kosek*, 41 M.J. 60, 64–65 (C.M.A. 1994).

No. 16–0724/AF. U.S. v. Donald R.B. Simmons. CCA 38788. On further consideration of the granted issue, 75 M.J. 482 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0748/NA. U.S. v. David W. Neiman. CCA 201500119. On further consideration of the granted issue, 75 M.J. 491 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 16–0756/AF. U.S. v. Timothy J. Morgan. CCA 38825. On further consideration of the granted issue, 75 M.J. 469 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 17–0010/MC. U.S. v. Alfredo Solis. CCA 201500249. On further consideration of the granted issue, 75 M.J. 495 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 17–0063/AF. U.S. v. Jerry C. Harrison. CCA 38745. On further consideration of the granted issue, 76 M.J. 45 (C.A.A.F. 2016), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 17–0115/MC. U.S. v. Mark A. Tamburello. CCA 201600109. On further consideration of the granted issue, 76 M.J. 61 (C.A.A.F. 2017), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 17–0123/AF. U.S. v. Courtney R. Canada. CCA S32298. On further consideration of the granted issue, 76 M.J. 58 (C.A.A.F. 2017), and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), it is ordered that the judgment of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0475/AF. U.S. v. Nathan G. Wilson–Crow. CCA 38706. Appellant's motion to extend time to file a joint appendix granted to February 15, 2017.

No. 17–0153/AR. U.S. v. Edward J. Mitchell. CCA 20150776. In view of the Court's selection of the above-captioned case to be heard as part of Project Outreach at Notre Dame Law School on April 4, 2017, the Court invites the filing of